UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL BARRIE CLYMER,<br><br>        Plaintiff,<br><br>   v.<br><br>KEVIN ELDER, RICHARD ELDER, SCOTT WOODSIDE, PIMLICO RANCH LLC, DRAKE DEVELOPMENT, LLC, GOWIRELESS, INC., ALLIANCE BANK, MARK COHEN, et al.,<br><br>        Defendants. | Case No. EDCV 11-01414 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE as to Defendants Kevin Elder, Go Wireless, Inc., and Alliance Bank. The Court orders that such judgment be entered.

1
2
3
4  Dated: <u>October 27, 2011</u>
5

_____
VIRGINIA A. PHILLIPS
United States District Judge

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28