JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAOUL BARRIE CLYMER,<br><br>        Plaintiff,<br><br>  v.<br><br>KEVIN ELDER, RICHARD ELDER, SCOTT WOODSIDE, PIMLICO RANCH LLC, DRAKE DEVELOPMENT, LLC, GOWIRELESS, INC., ALLIANCE BANK, MARK COHEN, et al.,<br><br>        Defendants. | Case No. EDCV 11-01414 VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

\

Dated: January 16, 2013

                                            VIRGINIA A. PHILLIPS
                                            United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28